```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 22645
   ANDREW L MORRIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3040


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 12/03/2007 and was not confirmed.

   The case was converted to chapter 7 without confirmation 04/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
OVERLAND BOND & INVESTME SECURED VEHIC   15272.00            .00            .00
OVERLAND BOND & INVESTME UNSECURED       NOT FILED           .00            .00
CAROLYN HARDAWAY         NOTICE ONLY     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS          .00            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY         1054.39            .00            .00
INTERNAL REVENUE SERVICE UNSECURED       13951.82            .00            .00
MARTIN PAISNER           UNSECURED         639.00            .00            .00
PAISNER MARTIN N MD      UNSECURED       NOT FILED           .00            .00
AURORA CHICAGO LAKESHORE UNSECURED       NOT FILED           .00            .00
CHECK N GO               UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED           .00            .00
T MOBILE                 UNSECURED       NOT FILED           .00            .00
COMCAST                  UNSECURED       NOT FILED           .00            .00
EMERGENCY ROOM CARE PROV UNSECURED       NOT FILED           .00            .00
HOLY CROSS HOSPITAL      UNSECURED        4550.88            .00            .00
JOHN STROGER HOSPITAL    UNSECURED       NOT FILED           .00            .00
MARQUETTE RADIOLOGY ASSO UNSECURED       NOT FILED           .00            .00
EVERGREEN MEDICAL        UNSECURED       NOT FILED           .00            .00
NIGHTINGALE CONANT NWM   UNSECURED       NOT FILED           .00            .00
HOLY CROSS HOSPITAL      UNSECURED       NOT FILED           .00            .00
UNIVERSITY OF IL HOSPITA UNSECURED       NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22645 ANDREW L MORRIS
```

```
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                        ---------------   ---------------
TOTALS                                              .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 07/18/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE